Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ERIK HAUGAARD, d/b/a Z-Axis Product Design, f/d/b/a Haugaard Design Services,<br><br>Plaintiff,<br><br>v.<br><br>FISKARS BRANDS, INC., a Wisconsin corporation, GEYSER VENTURES LLC, an Oregon limited liability company, and TOREN ORZECK, an individual.<br><br>Defendants. | NO. 2:13-cv-01261<br><br>STIPULATED MOTION FOR EXTENSION OF TIME TO OPPOSE<br><br>NOTE ON MOTION CALENDAR: December 11, 2013 |

Stipulated Motion for Extension of Time
2:13-cv-01261

Matesky Law PLLC
1001 4th Ave., Suite 3200
Seattle, WA 98154
Ph: 206.701.0331   Fax: 206.701.0332
© 2013 Matesky Law

**STIPULATED MOTION FOR EXTENSION OF TIME TO OPPOSE**

Plaintiff Erik Haugaard ("Plaintiff"), with the stipulation of Defendant Toren Orzeck ("Orzeck") moves the Court for an order extending Plaintiff's deadline to oppose Orzeck's Motion to Dismiss (Dkt. No. 16) until January 17, 2014, and extending Orzeck's deadline to file a reply to any such opposition until January 24, 2014.  In light of Plaintiff's currently upcoming deadline of December 13, 2013, to oppose Orzeck's Motion to Dismiss, expedited consideration of this motion is requested.

I.   **BACKGROUND AND ARGUMENT**

The Complaint (Dkt. No. 1) in this suit was filed on July 17, 2013.  Plaintiff served a summons and complaint on Defendant Fiskars Brands, Inc. ("Fiskars") on August 4, 2013, and Fiskars filed an Answer (Dkt. No. 10) on August 23, 2013.  Plaintiff served Defendants Geyser Ventures and Toren Orzeck on August 20, 2013.  (*See* Affidavit of Service (Dkt. No. 12), Affidavit of Service (Dkt. No. 13), and Affidavit of Non-Service After Due Diligence (Dkt. No. 14).)  Counsel for Plaintiff and counsel for Geyser Ventures and Orzeck subsequently agreed that Orzeck and Geyser Ventures would have until October 1, 2013, to file a responsive pleading.  On that date, Geyser filed its Answer, Affirmative Defenses, and Counterclaim (Dkt. No. 15), and Orzeck filed his Motion to Dismiss (Dkt. No. 16) claiming this court lacks personal jurisdiction over him and the Declaration of Toren Orzeck in Support of Motion to Dismiss (Dkt. No. 17).

Stipulated Motion for Extension of Time
2:13-cv-01261 - 1

Matesky Law PLLC
1001 4th Ave., Suite 3200
Seattle, WA 98154
Ph: 206.701.0331   Fax: 206.701.0332
© 2013 Matesky Law

On October 18, 2013, Plaintiff and Orzeck filed a stipulated motion (Dkt. No. 18) for an extension of time to oppose Orzeck's motion to dismiss, and for leave to take discovery related to personal jurisdiction.  On October 21, 2013, the Court issued an order (Dkt. No. 19) granting this stipulated motion, giving Plaintiff leave to take jurisdictional discovery, extending Plaintiff's deadline to oppose Orzeck's motion to dismiss until December 13, 2013, and giving Orzeck until December 20, 2013 to file a reply to any such opposition.

Plaintiff has served requests for production and interrogatories on Orzeck, Orzeck has provided responses and amended responses thereto, and counsel for Plaintiff and Orzeck have telephonically met and conferred regarding both the substance of Orzeck's discovery responses and agreeable dates on which to schedule a deposition of Mr. Orzeck.  Despite both parties' efforts, Plaintiff and Orzeck have been unable to schedule a deposition of Mr. Orzeck prior to Plaintiff's deadline to oppose Mr. Orzeck's motion to dismiss, due in part to Mr. Orzeck's travel outside the country.  However, counsel for Plaintiff and Orzeck have been able to reach an agreement regarding deposition scheduling that would allow Plaintiff to file an opposition to Mr. Orzeck's Motion to Dismiss by January 17, 2014.  Accordingly, Plaintiff and Orzeck request that Plaintiff be given until January 17, 2014 to file any opposition to Orzeck's Motion to Dismiss, and that Orzeck be given until January 24, 2014 to file any reply thereto.

II. **CONCLUSION**

For the reasons set forth above, Plaintiff and, Orzeck move the Court for an order extending Plaintiff's deadline to oppose Orzeck's Motion to Dismiss (Dkt. No. 16) until January

Stipulated Motion for Extension of Time
2:13-cv-01261 - 2

Matesky Law PLLC
1001 4th Ave., Suite 3200
Seattle, WA 98154
Ph: 206.701.0331   Fax: 206.701.0332
© 2013 Matesky Law

1  17, 2014, and extending Defendant Orzeck's deadline to file a reply to any such opposition until
2  January 24, 2014.
3
4  Respectfully submitted this 11th day of December, 2013
5
6  MATESKY LAW<sup>PLLC</sup>    CHENOWETH LAW GROUP, PC

7  /s/ Michael P. Matesky, II    /s/ Brian D. Chenoweth

8  Michael P. Matesky, II
   (WSBA # 39586)    Brian D. Chenoweth, WSBA #25877
9  1001 4th Ave., Suite 3200    510 SW Fifth Ave., Fifth Floor
   Seattle, WA 98154    Portland, OR 97204
10 Ph: 206.701.0331    (503) 221-7958
   Fax: 206.701.0332    (503) 221-2182
11 Email: mike@mateskylaw.com;    brianc@northwestlaw.com
   litigation@mateskylaw.com
12
   Attorney for Plaintiff Erik Haugaard    Of Attorneys for Toren Orzeck
13
14
15
16
17
18
19
20
21
22
23
24
25
26  Stipulated Motion for Extension of Time    Matesky Law PLLC
    2:13-cv-01261 - 3    1001 4th Ave., Suite 3200
27    Seattle, WA 98154
    Ph: 206.701.0331   Fax: 206.701.0332
28    © 2013 Matesky Law

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system on the date stated below, which will cause the foregoing to be electronically served on all parties of record.

Dated this 11th day of December, 2013

/s/ Michael P. Matesky, II
Michael P. Matesky, II

Stipulated Motion for Extension of Time
2:13-cv-01261 - 1

Matesky Law PLLC
1001 4th Ave., Suite 3200
Seattle, WA 98154
Ph: 206.701.0331   Fax: 206.701.0332
© 2013 Matesky Law