HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIK HAUGAARD,<br><br>      Plaintiff,<br><br>   v.<br><br>FISKARS BRANDS, INC., et al.,<br><br>      Defendants. | CASE NO. C13-1261RAJ<br><br>MINUTE ORDER |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

The court directs the clerk to TERMINATE Plaintiff's motion for leave to file a surreply. Dkt. # 27. Plaintiff noted that motion for the same day he filed it, in violation of the court's local rules. Local Rules W.D. Wash. LCR 7(d)(1) (enumerating permissible same-day motions). If Plaintiff wishes to re-file the motion, he shall first confer with Defendants to determine if they oppose it.

The court observes that its local rules do not permit surreplies except in narrow circumstances. LCR 7(g).

Dated this 30th day of January, 2014.

WILLIAM M. MCCOOL
Clerk

s/Consuelo Ledesma
Deputy Clerk

MINUTE ORDER – 1